UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANICETO-PAULINO,<br><br>                              Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department<br>of Homeland Security, et al.,<br><br>                              Respondents. | Case No.:  26-cv-1737-RSH-AHG<br><br>**ORDER GRANTING PETITION<br>FOR WRIT OF HABEAS CORPUS** |

On March 19, 2026, petitioner Jose Aniceto-Paulino filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that, although he was previously released on humanitarian parole to pursue an asylum application, the government re-arrested him on March 8, 2026, without any individualized determination that he is a flight risk or a danger, that relevant circumstances had changed, or that the purposes of his parole had been served; and without adequate process and notice to him of the reasons for the re-arrest. *Id.* ¶¶ 2, 28–29, 59–61. Petitioner contends that his re-arrest and continuing detention violate applicable regulations, the Administrative Procedure Act, and the due process clause. *Id.* ¶¶ 61–62, 65. Petitioner seeks his immediate release. *Id.* at 12.

//

26-cv-1737-RSH-AHG

On March 26, 2026, Respondents filed a return. Without conceding Petitioner's allegations, Respondents stated that they "do[] not oppose the petition and defer[] to the Court on the appropriate relief." ECF No. 4 at 3.

Accordingly, the Petition is **GRANTED**. Within ***one business day of the date of this order***, Respondents shall release petitioner Jose Aniceto-Paulino from immigration custody under the terms of his prior parole notice. This order does not constrain Respondents' ability to impose or modify appropriate conditions of release. The Court declines to grant further injunctive relief, on the grounds that the Petition and exhibits do not adequately establish his entitlement to such relief. To the extent Petitioner seeks to recover attorneys' fees, he must do so by way of a noticed motion pursuant to the Local Rules of this Court and the undersigned's Pretrial Civil Procedures.

**IT IS SO ORDERED**.

Dated: March 27, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-1737-RSH-AHG